# Exhibit 3

# U.S. Patent No. 8,190,610
# JPMorgan Chase & Co.



**Claim Chart for Representative Claim 1**

# OVERVIEW



# U.S. Patent No. 8,190,610



**Title:**    MAPREDUCE FOR DISTRIBUTED DATABASE PROCESSING

**Priority Date:**    October 5, 2006

**Filing Date:**    October 5, 2006

**Issue Date:**    May 29, 2012

**Expiration Date:**    October 14, 2029

(57)    **ABSTRACT**

An input data set is treated as a plurality of grouped sets of key/value pairs, which enhances the utility of the MapReduce programming methodology. By utilizing such a grouping, map processing can be carried out independently on two or more related but possibly heterogeneous datasets (e.g., related by being characterized by a common primary key). The intermediate results of the map processing (key/value pairs) for a particular key can be processed together in a single reduce function by applying a different iterator to intermediate values for each group. Different iterators can be arranged inside reduce functions in ways however desired.

# Representative Claim 1

A method of processing data of a data set over a distributed system, wherein the data set comprises a plurality of data groups, the method comprising:

partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is mapped differently than the data of the second data group so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and

reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common,

wherein the mapping and reducing operations are performed by a distributed system.



# CLAIM CHART



# References Cited

Upon information and belief, JPMorgan Chase has and continues to use a system for big data analytics (hereinafter, the "JPMorgan Chase system"), which is a cloud-based system built on Apache Hadoop that includes the elements in the systems described in and/or practices the steps of the methods described in the claims of U.S. Patent No. 8,190,610 (the "'610 Patent").

The following chart presents R2 Solutions' analysis of the JPMorgan Chase system based on publicly available information.

The citations in the chart refer to the following publicly available documents, which are incorporated by reference as if fully set forth herein:

[1]      Sachin P. Bappalige, "An introduction to Apache Hadoop for big data," opensource.com (Aug. 26, 2014), *available at* https://opensource.com/life/14/8/intro-apache-hadoop-big-data ("**An introduction to Apache Hadoop for big data**")

[2]      MapReduce Tutorial, *available at* http://hadoop.apache.org/docs/current/hadoop-mapreduce-client/hadoop-mapreduce-client-core/MapReduceTutorial.html ("**MapReduce Tutorial**")

[3]      Interface Reducer<K2,V2,K3,V3>, *available at* https://hadoop.apache.org/docs/r2.8.0/api/org/apache/ hadoop/mapred/Reducer.html ("**Interface Reducer**")

[4]      ASF Infrabot, "HadoopMapReduce," Dashboard (July 9, 2019), *available at* https://cwiki.apache.org/confluence/display/HADOOP2/HadoopMapReduce ("**HadoopMapReduce**")

[5]      Cloudera Press Release, "Cloudera Raises $65M to Accelerate Enterprise Growth," (Dec. 6, 2012), *available at* https://www.cloudera.com/about/news-and-blogs/press-releases/2012-12-06-cloudera-raises-65-million-to-accelerate-enterprise-growth.html ("**Accelerate Enterprise Growth**")

[6]      "How JPMorgan uses Hadoop to leverage Big Data Analytics" (April 30, 2017), *available at* https://www.dezyre.com/article/how-jpmorgan-uses-hadoop-to-leverage-big-data-analytics/142 ("**How JPMorgan uses Hadoop**")



# References Cited (continued)

[7]     Sih Lee & Peter Krey, Innovation & Shared Services Firmwide Engineering & Architecture, Hadoop World, New York City (Oct. 2, 2009), *available at* https://www2.slideshare.net/cloudera/hw09-data-processing-in-the-enterprise ("**Hadoop in the Enterprise**")

[8]     JPMorgan Chase & Co., Job Search "Hadoop," *available at* https://jpmc.fa.oraclecloud.com/hcmUI/CandidateExperience/en/sites/CX_1001/requisitions?keyword=hadoop ("**JPMorgan Chase Hadoop Jobs**")



# Claim Chart – Claim 1

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| A method of processing data of a data set over a distributed system, wherein the data set comprises a plurality of data groups, the method comprising: | JPMorgan Chase infringes Claim 1 of the '610 Patent. The JPMorgan Chase system performs a method of processing data of a data set over a distributed system, wherein the data set comprises a plurality of data groups, the method comprising the steps discussed below.<br><br>JPMorgan Chase uses an Apache Hadoop distributed file system that relies on MapReduce.<br><br>[5]  **Accelerate Enterprise Growth:**<br><br>Over the past twelve months, Cloudera's business has experienced rapid growth on all fronts with sales, customers, employees and data under management all more than doubling. The company offers a packaged solution for enterprise customers to maximize their time-to-value with Cloudera Enterprise, which provides support and management to ensure production-ready deployment of CDH4, the most widely deployed and proven commercial distribution of Apache Hadoop. Cloudera's customer base includes more than half of the Fortune 50, and includes companies such as AOL, CBS, EBay, Expedia, Experian, JP Morgan Chase, Monsanto, Morgan Stanley, Network Appliance, Nokia and RIM. |



# Claim Chart – Claim 1

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| A method of processing data of a data set over a distributed system, wherein the data set comprises a plurality of data groups, the method comprising: | JPMorgan Chase uses an Apache Hadoop distributed file system that relies on MapReduce.<br><br>**[6]**          **How JPMorgan uses Hadoop:**<br><br>The largest financial service provider in US-JP Morgan Chase generates huge amounts of big data about customers from credit card information and millions of transactions. Apache Hadoop is the framework of choice for JPMorgan - not only to support the exponentially growing data size but more importantly for the fast processing of complex unstructured data.<br><br>JP Morgan has massive amounts of data on what its customers spend and earn. They leverage this big data for analytics using Hadoop - to make handling financials for their customers, easier and smarter. JPMorgan uses Hadoop to process massive amounts of data that includes information like emails, social mediaposts, phone calls and any other unstructured information that cannot be mined using conventional databases. JPMorgan started off with open source Hadoop framework using a small Hadoop cluster but now it relies on the tiny elephant for making decisions about mission critical investment projects. |



9

# Claim Chart – Claim 1

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| A method of processing data of a data set over a distributed system, wherein the data set comprises a plurality of data groups, the method comprising: | JPMorgan Chase uses an Apache Hadoop distributed file system that relies on MapReduce.<br><br>[8]    **JPMorgan Chase Hadoop Jobs:**<br><br> |

nba nelson bumgardner albritton

# Claim Chart – Claim 1

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| A method of processing data of a data set over a distributed system, wherein the data set comprises a plurality of data groups, the method comprising: | JPMorgan Chase uses an Apache Hadoop distributed file system that relies on MapReduce.<br>**[7]**    **Data Processing in the Enterprise:**<br><br>**Hadoop In the Enterprise?**<br><br>Sih Lee & Peter Krey, Innovation & Shared Services<br>Firmwide Engineering & Architecture<br><br>Hadoop World, New York City, October 2nd, 2009<br><br>JPMorgan Chase & Co.    © 2009 JPMorgan Chase & Co. All rights reserved. Confidential and proprietary to JPMorgan Chase & Co. |



# Claim Chart — Claim 1

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| A method of **processing data of a data set over a distributed system**, wherein the data set comprises a plurality of data groups, the method comprising: | JPMorgan Chase's Apache Hadoop MapReduce implementation is over a distributed system:<br>**[1]**     **An introduction to Apache Hadoop for big data at 2:**<br><br>**The Apache Hadoop framework is composed of the following modules**<br><br>1. Hadoop Common: contains libraries and utilities needed by other Hadoop modules<br>2. Hadoop Distributed File System (HDFS): a distributed file-system that stores data on the commodity machines, providing very high aggregate bandwidth across the cluster<br>3. Hadoop YARN: a resource-management platform responsible for managing compute resources in clusters and using them for scheduling of users' applications<br>4. Hadoop MapReduce: a programming model for large scale data processing<br><br>All the modules in Hadoop are designed with a fundamental assumption that hardware failures (of individual machines, or racks of machines) are common and thus should be automatically handled in software by the framework. Apache Hadoop's MapReduce |

# Claim Chart – Claim 1

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| partitioning the data of each one of the data groups into a **plurality of data partitions** that each have a plurality of **key-value pairs** and providing each **data partition** to a selected one of a plurality of **mapping functions that are each user-configurable** to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | The method performed by the JPMorgan Chase system includes partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of mapping functions that are each user-configurable to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group.<br><br>In JPMorgan Chase's Hadoop MapReduce framework, the input data is partitioned into independent chunks (data partitions), which are processed by Mapper functions:<br><br>[2]        **MapReduce Tutorial at 2:**<br><br>A MapReduce *job* usually splits the input data-set into independent chunks which are processed by the *map tasks* in a completely parallel manner. The framework sorts the outputs of the maps, which are then input to the *reduce tasks*. Typically both the input and the output of the job are stored in a file-system. The framework takes care of scheduling tasks, monitoring them and re-executes the failed tasks. |



# Claim Chart – Claim 1

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| partitioning the data of each one of the data groups into a **plurality of data partitions** that each have a plurality of **key-value pairs** and providing each **data partition** to a selected one of a plurality of **mapping functions that are each user-configurable** to independently output a plurality of lists of values for each of a set of keys found in such map function's corresponding data partition to form corresponding intermediate data for that data group and identifiable to that data group, | The data partitions with key-value pairs are passed to user-configurable Mapper functions for further processing:<br><br>**[4]**    **HadoopMapReduce at 1:**<br><br>As key-value pairs are read from the RecordReader they are passed to the configured 🌐 Mapper. The user supplied Mapper does whatever it wants with the input pair and calls 🌐 OutputCollector.collect with key-value pairs of its own choosing. The output it generates must use one key class and one value class. This is because the Map output will be written into a SequenceFile which has per-file type information and all the records must have the same type (use subclassing if you want to output different data structures). The Map input and output key-value pairs are not necessarily related typewise or in cardinality. |



# Claim Chart – Claim 1

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| partitioning the data of each one of the data groups into a plurality of data partitions that each have a plurality of key-value pairs and providing each data partition to a selected one of a plurality of **mapping functions that are each user-configurable** to independently output a plurality of lists of values for each of a set of keys found in such **map function**'s corresponding data partition to form corresponding **intermediate data** for that data group and identifiable to that data group, | The Mapper function maps the key-value pairs to form intermediate key-value pairs:<br><br>**[2]**          **MapReduce Tutorial at 7:**<br><br>**Mapper**<br><br>Mapper maps input key/value pairs to a set of intermediate key/value pairs.<br><br>Maps are the individual tasks that transform input records into intermediate records. The transformed intermediate records do not need to be of the same type as the input records. A given input pair may map to zero or many output pairs. |

# Claim Chart – Claim 1

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| wherein the data of a first data group has a different schema than the data of a second data group and **the data of the first data group is mapped differently than the data of the second data group** so that different lists of values are output for the corresponding different intermediate data, wherein the different schema and corresponding different intermediate data have a key in common; and | Data partitions can be processed by using different user-configured Mappers:<br><br>**[4]**     **HadoopMapReduce:**<br><br>As key-value pairs are read from the RecordReader they are passed to the configured Mapper. The user supplied Mapper does whatever it wants with the input pair and calls OutputCollector.collect with key-value pairs of its own choosing. The output it generates must use one key class and one value class. This is because the Map output will be written into a SequenceFile which has per-file type information and all the records must have the same type (use subclassing if you want to output different data structures). The Map input and output key-value pairs are not necessarily related typewise or in cardinality. |



# Claim Chart – Claim 1

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| wherein the data of a first data group has a different schema than the data of a second data group and the data of the first data group is **mapped differently** than the data of the second data group so that different lists of values are output for the corresponding different **intermediate data**, wherein the different schema and corresponding different **intermediate data** have a key in common; and | The Mapper function maps the key-value pairs to form intermediate key-value pairs. Similarly, different Mappers generate different intermediate results:<br><br>**[2]**        **MapReduce Tutorial:**<br><br>Mapper maps input key/value pairs to a set of intermediate key/value pairs.<br><br>Maps are the individual tasks that transform input records into intermediate records. The transformed intermediate records do not need to be of the same type as the input records. A given input pair may map to zero or many output pairs. |

# Claim Chart – Claim 1

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| **reducing the intermediate data** for the data groups to at least one output data group, including **processing the intermediate data for each data group** in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common, | The method performed by the JPMorgan Chase system includes reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common.<br><br>The Reducer function reduces the intermediate values into a smaller set of values. This function operates in three phases: (1) Shuffle; (2) Sort; and (3) Reduce. The Shuffle and Sort phases operate on the output of various Mappers and group data before the final Reduce phase based on a common key.<br><br>[2]        MapReduce Tutorial: |

**Reducer**

Reducer reduces a set of intermediate values which share a key to a smaller set of values.

The number of reduces for the job is set by the user via Job.setNumReduceTasks(int).

Overall, Reducer implementations are passed the Job for the job via the Job.setReducerClass(Class) method and can override it to initialize themselves. The framework then calls reduce(WritableComparable, Iterable<Writable>, Context) method for each <key, (list of values)> pair in the grouped inputs. Applications can then override the cleanup(Context) method to perform any required cleanup.

# Claim Chart – Claim 1

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| **reducing the intermediate data for the data groups to at least one output data group**, including <span style="color:#00b0f0">processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a merging of the corresponding different intermediate data based on the key in common</span>, | [3]  **Interface Reducer:**  |

# Claim Chart — Claim 1

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| reducing the intermediate data for the data groups to at least one output data group, including processing the intermediate data for each data group in a manner that is defined to correspond to that data group, so as to result in a **merging of the corresponding different intermediate data based on the key in common,** | The Reduce function operates on different sets of input data (intermediate data) that have a key in common. From this processing, the Reduce function populates an output file.<br><br>**[3]**    **Interface Reducer:** |

**reduce**

```
void reduce(K2 key,
            Iterator<V2> values,
            OutputCollector<K3,V3> output,
            Reporter reporter)
            throws IOException
```

_Reduces_ values for a given key.

The framework calls this method for each <key, (list of values)> pair in the grouped inputs. Output values must be of the same type as input values. Input keys must not be altered. The framework will **reuse** the key and value objects that are passed into the reduce, therefore the application should clone the objects they want to keep a copy of. In many cases, all values are combined into zero or one value.

Output pairs are collected with calls to OutputCollector.collect(Object,Object).

Applications can use the Reporter provided to report progress or just indicate that they are alive. In scenarios where the application takes a significant amount of time to process individual key/value pairs, this is crucial since the framework might assume that the task has timed-out and kill that task. The other way of avoiding this is to set mapreduce.task.timeout to a high-enough value (or even zero for no time-outs).

**Parameters:**

    key - the key.

    values - the list of values to reduce.

    output - to collect keys and combined values.

    reporter - facility to report progress.

**Throws:**

    IOException



# Claim Chart – Claim 1

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| wherein the mapping and reducing operations are performed by a **distributed system.** | The mapping and reducing operations are performed by the JPMorgan Chase system, which is a distributed system.<br><br>**[1]        An introduction to Apache Hadoop for big data:**<br><br>**The Apache Hadoop framework is composed of the following modules**<br><br>1. Hadoop Common: contains libraries and utilities needed by other Hadoop modules<br>2. Hadoop Distributed File System (HDFS): a distributed file-system that stores data on the commodity machines, providing very high aggregate bandwidth across the cluster<br>3. Hadoop YARN: a resource-management platform responsible for managing compute resources in clusters and using them for scheduling of users' applications<br>4. Hadoop MapReduce: a programming model for large scale data processing<br><br>All the modules in Hadoop are designed with a fundamental assumption that hardware failures (of individual machines, or racks of machines) are common and thus should be automatically handled in software by the framework. Apache Hadoop's MapReduce |



**END**

