# Exhibit 4

# U.S. Patent No. 7,370,011 JPMorgan Chase & Co.



**Claim Chart for Representative Claim 7**

# OVERVIEW



# U.S. Patent No. 7,370,011



**Title:** **FINANCIAL INFORMATION PORTAL**

**Priority Date:** June 28, 2000

**Filing Date:** June 28, 2001

**Issue Date:** May 6, 2008

**Expiration Date:** March 15, 2024

(57)        ABSTRACT

In a system for a financial institution or other information maintainer, has a list of its account holders that also have accounts with a portal and have agreed to link their portal account and user account with the financial institution or other information maintainer. When a user logs onto the user's portal account, the portal server can request information from the user account over a trusted link to the financial institution or other information maintainer. The portal can request data for a particular user over the trusted link or can request bulk data for all users, using portal authentication data, as opposed to user authentication data. In the preferred embodiment, the actions allowed on a user account by the portal authentication data are more restrictive than the actions allowed by the user authentication data. As an example, a brokerage house might allow the portal to read recent transaction data for the user but not to make trades on the user's account, while the brokerage house would allow the user to perform many more actions if the user logged on directly to the brokerage house's system using the user's authentication data.

# Representative Claim 7

A computer readable medium storing instructions for execution in a computer, the medium when executed by a computer performing the method comprising:

accepting a connection at an institution server, the connection initiated by a user following a link from a portal, the link including a user identification;

responsive to the connection, enabling the user to authenticate with the institution server using user-institution authentication data;

responding to the authentication by associating the user identification with the portal; and

servicing a request by the portal, after authenticating the portal using portal authentication data, by providing, to the portal, data of the user at the institution, wherein the user-institution authentication data and the portal authentication data are not the same data.



# CLAIM CHART



# References Cited

Upon information and belief, JPMorgan Chase & Co. has and continues to make, use, sell, offer for sale, and/or import the JPMorgan interface allowing users to associate an account with a third-party service (such as Plaid) (hereinafter, the "JPMorgan interface"), which is software that is capable of practicing the steps described in the claims of U.S. Patent No. 7,370,011 (the "'011 Patent").

The following chart presents R2 Solutions' analysis of the JPMorgan interface based on publicly available information.

The citations in the chart refer to the following publicly available documents, which are incorporated by reference as if fully set forth herein:

[1]     *What is Plaid?*, https://plaid.com/what-is-plaid/.

[2]     *Link Overview*, https://plaid.com/docs/link/#introduction-to-link.

[3]     *Plaid Link Demo*, https://plaid.com/demo/?countryCode=US&language=en&product=transactions.

[4]     *How It Works*, https://plaid.com/docs/quickstart/#how-it-works.

[5]     *How We Handle Data*, https://plaid.com/how-we-handle-data/.

[6]     *Product Endpoints: Identity*, https://plaid.com/docs/api/products/#identityget.



# References Cited

[7]     *Connecting Your Chase Accounts Securely*, https://www.chase.com/digital/data-sharing.

[8]     *OAuth Guide*, https://plaid.com/docs/link/oauth/#overview.

[9]     *Demystifying Screenless Exchange*, https://fin.plaid.com/articles/demystifying-screenless-exchange/.

[10]    *Plaid Signs Data Agreement with JPMorgan Chase*, https://media.chase.com/news/plaid-signs-data-agreement-with-jpmc.

[11]    Lowell Putnam, *Banking Groups' Guidelines on Data Sharing Are Misguided*, Quovo, https://www.quovo.com/finserv-blog/insights/banking-groups-guidelines-on-data-sharing-are-misguided/.

[12]    *Plaid Signs Data Agreement with JPMorgan Chase*, https://media.chase.com/news/plaid-signs-data-agreement-with-jpmc.

[13]    Ben Finkel, *Part 6: Authorization Request, An OAuth "State" of Mind*, CBT Nuggets (Mar. 28, 2016), https://www.cbtnuggets.com/blog/certifications/security/part-6-authorization-request-an-oauth-state-of-mind.



# References Cited

[14]     Aaron Parecki, *Example Flow*, OAUTH GUIDE, https://www.oauth.com/oauth2-servers/server-side-apps/example-flow/.

[15]     *OFX Implementation Guide for OFX 2.2 and OAuth*, OFX CONSORTIUM, https://www.ofx.net/downloads/OFX_Implementation_Guide_for_OFX%202.2_and_OAuth.pdf#page=16&zoom=100,92,372.

[16]     *RFC 6747: The OAuth 2.0 Authorization Framework*, INTERNET ENGINEERING TASK FORCE (IETF), https://tools.ietf.org/html/rfc6749#section-4.1.1.

# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| A computer readable medium storing instructions for execution in a computer, the medium when executed by a computer performing the method comprising: | JPMorgan allows customers to connect their bank accounts with Plaid. On information and belief, this involves JPMorgan taking steps on its servers to associate the user's bank account with the user's Plaid account. Plaid is a software portal that allows users to connect applications to their bank accounts. *See, e.g.*:<br><br>**What is Plaid?**<br>Plaid makes it easy to securely connect your bank to the apps you want to use<br><br>**Connecting your bank to your apps**<br>We power thousands of the apps that people rely on to manage their financial lives.<br>• **Venmo** (peer-to-peer payments)<br>• **Betterment** (automated investing)<br>• **Chime** (online banking)<br>• **Dave** (earned wage access)<br>• And thousands more…<br><br>*What is Plaid?*<br><br>**How it works**<br>We connect to 11,000 financial institutions across the United States, Canada, and Europe. With Plaid, connecting your bank account is easy:<br>• **Step 1** When you sign up with a Plaid-powered app, you'll be able to select your financial institution from a list. Then, enter your login and password.<br>• **Step 2** In a matter of seconds, we encrypt the data you've chosen to share (for instance, your account balance) and securely share it with the app you want to use. We never share your login and password with the app.<br>• **Step 3** We work behind the scenes to build a secure, ongoing connection between the app and your bank. |

# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| A computer readable medium storing instructions for execution in a computer, the medium when executed by a computer performing the method comprising: | JPMorgan allows customers to connect their bank accounts with Plaid. On information and belief, this involves JPMorgan taking steps on its servers to associate the user's bank account with the user's Plaid account. Plaid is a software portal that allows users to connect applications to their bank accounts. *See, e.g.*: |



*Plaid Link Demo*

Plaid Link is the client-side component that your users will interact with in order to link their accounts to Plaid and allow you to access their accounts via the Plaid API.

Plaid Link will handle credential validation, multi-factor authentication, and error handling for each institution that we support. Link works across all modern browsers and platforms, including web, iOS, Android, and mobile webviews. For a full list of supported platforms, see Link client libraries.

*Link Overview*

# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| A computer readable medium storing instructions for execution in a computer, the medium when executed by a computer performing the method comprising: | On information and belief, JPMorgan uses an API that allows Plaid to access customer data using a token-based authentication process. *See, e.g.*: |

*NEW YORK, NY,* Oct 22, 2018 — *JPMorgan Chase (NYSE: JPM) today announced an agreement with Plaid, a leading data aggregator, marking an important milestone in efforts to protect customers' financial data. This will help customers use popular financial apps to make smart decisions with their money while giving them control over how their data is accessed and used.*

When this is implemented, Plaid will access customer information through the bank's secure API (application programming interface) connection. That will allow customers to share their information more safely and quickly with Plaid and the financial apps it supports while protecting their bank username and password.

The secure API uses a token-based approach to enable a customer to authorize Plaid to download the requested account information on their behalf without Plaid storing their usernames and passwords. Chase expects Plaid to start migrating apps through the bank's secure API in the first half of 2019.

*Plaid Signs Data Agreement with JPMorgan Chase*



# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| A computer readable medium storing instructions for execution in a computer, the medium when executed by a computer performing the method comprising: | On information and belief, JPMorgan uses an API that allows Plaid to access customer data using a token-based authentication process. *See, e.g.*: |



**1. Sign in directly with Chase**

We work with some companies that allow you to enter your Chase username and password directly into a secure Chase window so you can connect your accounts to a specific app or company.

*Connecting Your Chase Accounts Securely*

**NEW YORK, NY,** *Oct 22, 2018 — JPMorgan Chase (NYSE: JPM) today announced an agreement with Plaid, a leading data aggregator, marking an important milestone in efforts to protect customers' financial data. This will help customers use popular financial apps to make smart decisions with their money while giving them control over how their data is accessed and used.*

*When this is implemented, Plaid will access customer information through the bank's secure API (application programming interface) connection. That will allow customers to share their information more safely and quickly with Plaid and the financial apps it supports while protecting their bank username and password.*

*The secure API uses a token-based approach to enable a customer to authorize Plaid to download the requested account information on their behalf without Plaid storing their usernames and passwords. Chase expects Plaid to start migrating apps through the bank's secure API in the first half of 2019.*

*Plaid Signs Data Agreement with JPMorgan Chase*

# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| accepting a connection at an institution server, the connection initiated by a user following a link from a portal, the link including a user identification; | A user may access Plaid (an example of a "portal") through a financial application. The user may then initiate a connection with JPMorgan (i.e., an "institution") by following a link displayed on the Plaid interface. *See, e.g.*:<br><br>**How we handle your data**<br>With Plaid, connecting your financial accounts to an app is simple. Here's what happens on our end.<br><br>1  To link your financial accounts to an app like Venmo, simply provide the username and password associated with those financial accounts.<br><br>2  Once we've verified your ownership of your accounts, we retrieve your account information from your financial institution.<br><br>3  We then securely process and share your information with the app you're using and establish a secure connection that you control.<br><br>*How We Handle Data* |



# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| accepting a connection at an institution server, the connection initiated by a user following a link from a portal, the link including a user identification; | A user may access Plaid (an example of a "portal") through a financial application. The user may then initiate a connection with JPMorgan (i.e., an "institution") by following a link displayed on the Plaid interface. *See, e.g.:* |



In digital financial services, Plaid presents one leading solution. In this flow, an app connects with a bank via a trusted third-party intermediary (in this case, Plaid). The user inputs his or her credentials, which are passed directly to the bank via the trusted intermediary. The application never sees or stores user credentials, significantly reducing the potential for credential compromise and fraud.

*Demystifying Screenless Exchange*

# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| accepting a connection at an institution server, the connection initiated by a user following a link from a portal, the link including a user identification; | For example, as the Plaid demo shows, a user can input the username and password for their Chase (JPMorgan) account. This information is then sent to JPMorgan when the user selects the submit button. In other words, the user initiates a connection at the institution server by following a link from the portal, and the link includes user identification. *See, e.g.*: |

Plaid Link Demo



# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| accepting a connection at an institution server, the connection initiated by a user following a link from a portal, the link including a user identification; | On information and belief, Chase may interface with Plaid in some instances using an OAuth flow instead of the previously described "screenless exchange" flow. *See, e.g.*:<br><br>*OAuth Guide*  Some institutions use an OAuth authentication flow, in which Plaid Link redirects the end user to their bank's website or mobile app to authenticate. While the use of OAuth is most common in Europe, a number of U.S. banks are beginning to adopt OAuth flows, rather than the Plaid-hosted experience in Link. This means that the Plaid Link flow will include a redirect where the user is brought to the bank's site or app to authenticate before returning to Plaid Link. This guide will describe changes required for your application to support these flows.<br><br>*OAuth Guide*  Institution-specific OAuth information<br>**Chase**<br><br>Today, adoption of OAuth is far from widespread in financial services, but some leading institutions already use the technology, including Capital One, Wells Fargo, and JPMorgan Chase. However, we hope to see more financial institutions dedicate resources to adopting these protocols.<br><br>Putnam |



# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| accepting a connection at an institution server, the connection initiated by a user following a link from a portal, the link including a user identification; | The OAuth flow is similar to that of the "screenless exchange." When a user accesses Plaid (an example of a "portal"), the user can initiate a connection with JPMorgan (i.e., "an institution server") by following a link displayed on the Plaid interface. *See, e.g.*:  *OFX Implementation Guide* at 6. |

# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| accepting a connection at an institution server, the connection initiated by a user following a link from a portal, the link including a user identification; | In the OAuth flow, after the user selects "Chase" as its bank, the user is redirected to a JPMorgan Chase server where the user can enter his or her credentials. *See, e.g.*: <br><br> *Plaid Link Demo*      *OAuth Guide* |



# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| accepting a connection at an institution server, the connection initiated by a user following a link from a portal, the link including a user identification; | The link comprises a URL that directs the user from the portal to the institution server where the user can enter its credentials for the institution. This URL includes a user identification in the form of a state parameter. *See, e.g.*: <br><br>  <br> *Plaid Link Demo* |

# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| accepting a connection at an institution server, the connection initiated by a user following a link from a portal, the link including a user identification; | The link comprises a URL that directs the user from the portal to the institution server where the user can enter its credentials for the institution. This URL includes a user identification in the form of a state parameter. *See, e.g.*: |

The app initiates the authorization request

The app initiates the flow by crafting a URL containing ID, scope, and state. The app can put this into an `<a href="">` tag.

```
<a href="https://authorization-server.com/oauth/authorize
?response_type=code&client_id=mRkZGFjM&state=5ca75bd30
&scope=photos&code_challenge_method=S256
&code_challenge=6nGtF5eij1YuEqQXr7L9OxA0RLHZ21tEQNZq1DZJzuY">
Connect Your Account</a>
```

Aaron Parecki



# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| accepting a connection at an institution server, the connection initiated by a user following a link from a portal, the link including a user identification; | The link comprises a URL that directs the user from the portal to the institution server where the user can enter its credentials for the institution. This URL includes a user identification in the form of a state parameter. *See, e.g.*: |



IETF RFC 6749

# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| accepting a connection at an institution server, the connection initiated by a user following a link from a portal, the link including a user identification; | The link comprises a URL that directs the user from the portal to the institution server where the user can enter its credentials for the institution. This URL includes a user identification in the form of a state parameter. *See, e.g.*: |

## Persisting user state when re-initializing Link

When re-initializing Link after OAuth redirection, the same Link token from the first initialization must be used. It is up to you to determine the best way to retain user state and provide the correct link token upon redirect. The `receivedRedirectUri` field must not contain any extra query parameters or fragments than what is provided upon redirect.

*OAuth Guide*



# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| accepting a connection at an institution server, the connection initiated by a user following a link from a portal, the link including a user identification; | Because the state parameter is intended to be unique to a session, it serves as a user identification. *See, e.g.*:<br><br>We can use the <mark>state</mark> token to embed information about the <mark>state</mark> of the app when the user logged in, if we'd like. We can also include the URL they were on, and even any additional information. Just be sure to use a unique, unguessable value alongside all of that information to ensure it's a secure token. There's a nice example of this in Google's official OAuth 2.0 documentation here (look at the HTTP/REST example).<br><br>Finkel |



# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| responsive to the connection, enabling the user to authenticate with the institution server using user-institution authentication data; | Returning to the screenless exchange example, when Plaid connects to the JPMorgan server, the user may be authenticated with the JPMorgan server using user-institution authentication data (e.g., the username/password input into the Plaid interface). As the flow diagram below shows, the user's bank credentials are sent to the bank servers and the user's account is verified. *See, e.g.:*<br><br>*Demystifying Screenless Exchange* |



# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| responsive to the connection, enabling the user to authenticate with the institution server using user-institution authentication data; | The process is similar in the OAuth flow. The difference is that the user inputs his or her user-institution authentication data (e.g., Chase username and password) into a separate window rather than Plaid window in order to authenticate with the JPMorgan server. *See, e.g.*:<br><br><br><br>*Connecting Your Chase Accounts Securely*<br><br><br><br>*OAuth Guide* |



# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| responding to the authentication by associating the user identification with the portal; and | Again, we return to the screenless exchange example. In response to authentication of the user's bank credentials, the JPMorgan servers associate the user identification with the portal. For example, the bank server saves an access token that is shared with the portal. The access token is linked with the user's account, which includes a user identification. *See, e.g.*: |

Screenless exchange

1. Credentials sent from user device to bank via Plaid. Bank tokenizes, stores, and returns a credentials token without verifying whether credentials are valid.

2. User device sends credentials token to Plaid.

3. Plaid sends credentials token to bank. If verification is successful, bank stores an access token that is also sent to Plaid.

4. User is prompted to accept Terms and informed of data the application intends to access.

5. Plaid stores institution access key and credential token in a secure database.

6. Application developer receives API access key.

7. Developer uses API access key to request data from Plaid, including any subsequent requests.

8. Plaid uses the institution access token associated with the API access key to request data from bank.

9. Plaid returns data to application developer, which then displays data on user's device.

*Demystifying Screenless Exchange*



# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| responding to the authentication by associating the user identification with the portal; and | The association between the user identification and the access token (and thereby the portal) is confirmed based on the response that the portal receives when it uses the access token to retrieve user identity information. *See, e.g.*: |



/identity/get
Retrieve identity data

The /identity/get endpoint allows you to retrieve various account holder information on file with the financial institution, including names, emails, phone numbers, and addresses. Only name data is guaranteed to be returned; other fields will be empty arrays if not provided by the institution.

```java
1  // Pull Identity data for an Item
2  Response<IdentityGetResponse> response = client().se
3    new IdentityGetRequest("ACCESS_TOKEN")
4  ).execute();
5  List<IdentityGetResponse.AccountWithOwners> accounts
6  for (IdentityGetResponse.AccountWithOwners account :
7    List<IdentityGetResponse.Identity> identities = ac
8  }
```

*Product Endpoints: Identity*

# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| responding to the authentication by associating the user identification with the portal; and |  |



# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| responding to the authentication by associating the user identification with the portal; and | When the OAuth flow is used, an access token is saved and associated with an account as in the case of the screenless exchange example because after the user authenticates on JPMorgan's servers, the user is redirected back to Link where the rest of the steps explained in the screenless exchange example apply. *See, e.g.*: |

### Overview

Some institutions use an OAuth authentication flow, in which Plaid Link redirects the end user to their bank's website or mobile app to authenticate. While the use of OAuth is most common in Europe, a number of U.S. banks are beginning to adopt OAuth flows, rather than the Plaid-hosted experience in Link. This means that the Plaid Link flow will include a redirect where the user is brought to the bank's site or app to authenticate before returning to Plaid Link. This guide will describe changes required for your application to support these flows.

*OAuth Guide*



# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| responding to the authentication by associating the user identification with the portal; and | Additionally, the OAuth flow includes the state parameter in the redirect URL. Because the state parameter identifies the session user and the URL identifies the portal, the OAuth flow entails associating the user identification with the portal. *See, e.g.*:<br><br>The service redirects the user back to the app<br><br>The service sends a redirect header redirecting the user's browser back to the app that made the request. The redirect will include a "code" in the URL and the original "state".<br><br>https://example-app.com/cb?code=Yzk5ZDczMzRlNDEwY&state=5ca75bd30<br><br>*OAuth Guide* |

# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| responding to the authentication by associating the user identification with the portal; and | Additionally, the OAuth flow includes the state parameter in the redirect URL. Because the state parameter identifies the session user and the URL identifies the portal, the OAuth flow entails associating the user identification with the portal. *See, e.g.*: <br><br> This creates a space for an attack. During a request and response, the browser and server exchange tokens to ensure that they maintain a continuous line of communication. A redirect by definition creates a new "line," so a malicious attacker could hijack the redirection toward their own ends. This is known as a CSRF attack and this post does a fine job explaining the ways this might happen. <br><br> In order to thwart this attack, we generate our own code that can be tied back directly to the session that initiated the Grant Authorization. We send that code to the provider in the state variable, although the provider does nothing except echo it back to us in the redirect back to our app. We can then validate that the state token delivered by the provider is the same as the token we originally sent, thus preventing a CSRF attack. <br><br> Finkel |



# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| <span style="color:#3399cc">servicing a request by the portal</span>, after authenticating the portal using portal authentication data, <span style="color:#7030a0">by providing, to the portal, data of the user at the institution</span>, <span style="color:#00a651">wherein the user-institution authentication data</span> and <span style="color:#ff0000">the portal authentication data</span> are not the same data. | JPMorgan servers are configured to service a request by the portal, after authenticating the portal using portal authentication data. For example, on information and belief, JPMorgan's API is configured to enable tokenized data exchange with Plaid. A user is authenticated with a token (i.e., portal authentication data) rather than the user's institution username/password (i.e., user-institution authentication data) when the portal requests user data from JPMorgan. Regardless of whether the access token is received using the screenless exchange flow or the OAuth flow, the following steps operate the same. *See, e.g.*: |

> Many of our customers want to connect their accounts to apps or companies to get help with budgeting, accounting and tax preparation, or to send money to family and friends. Today, you often need to share your Chase username and password directly with these third parties to use your Chase account information in these services.
>
> Our Application Programming Interface, or API, creates a safe technology link to <u>share specific account information</u> from only the accounts that you choose to connect. And you don't have to share your Chase username and password.

*Connecting Your Chase Accounts Securely*

**NEW YORK, NY,** *Oct 22, 2018 — JPMorgan Chase (NYSE: JPM) today announced an agreement with Plaid, a leading data aggregator, marking an important milestone in efforts to protect customers' financial data. This will help customers use popular financial apps to make smart decisions with their money while giving them control over how their data is accessed and used.*

When this is implemented, Plaid will access customer information through the bank's secure API (application programming interface connection). That will allow customers to share their information more safely and quickly with Plaid and the financial apps it supports while protecting their bank username and password.

*Plaid Signs Data Agreement with JPMorgan Chase*

The secure API uses a <u>token-based approach</u> to enable a customer to authorize Plaid to download the requested account information on their behalf without Plaid storing <u>their usernames and passwords.</u> Chase expects Plaid to start migrating apps through the bank's secure API in the first half of 2019.



# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| servicing a request by the portal, after authenticating the portal using portal authentication data, by providing, to the portal, data of the user at the institution, wherein the user-institution authentication data and the portal authentication data are not the same data. | JPMorgan servers are configured to service a request by the portal, after authenticating the portal using portal authentication data. For example, on information and belief, JPMorgan's API is configured to enable tokenized data exchange with Plaid. A user is authenticated with a token (i.e., portal authentication data) rather than the user's institution username/password (i.e., user-institution authentication data) when the portal requests user data from the bank. *See, e.g.*:  *Demystifying Screenless Exchange* |

# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| servicing a request by the portal, after authenticating the portal using portal authentication data, by providing, to the portal, data of the user at the institution, wherein the user-institution authentication data and the portal authentication data are not the same data. | The Plaid API illustrates how requests are made by the portal and how the financial institution (e.g., JPMorgan) returns data of the user in response to authentication using portal authentication data that is different from the user-institution data. As mentioned in previous slides, the user's institution credentials (i.e., user-institution authentication data) are used by plaid to obtain an access token (i.e., portal authentication data). *See, e.g.*: |

Once you have a `link_token`, you can use it to initialize Link. Link is a drop-in client-side module available for web, iOS, and Android that handles the authentication process. The Quickstart uses Link on the web, which is a pure JavaScript integration that you trigger via your own client-side code. This is what your users use to log into their financial institution accounts.

After a user submits their credentials within Link, Link provides you with a `public_token` via the `onSuccess` callback. The code below shows how the Quickstart passes the `public_token` from client-side code to the server. Both React and vanilla JavaScript examples are shown.

*How It Works*

Next, on the server side, the Quickstart calls `/item/public_token/exchange` to obtain an `access_token`, as illustrated in the code excerpt below. The `access_token` uniquely identifies an Item and is a required argument for most Plaid API endpoints. In your own code, you'll need to securely store your `access_token` in order to make API requests for that Item.



# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| servicing a request by the portal, after authenticating the portal using portal authentication data, by providing, to the portal, data of the user at the institution, wherein the user-institution authentication data and the portal authentication data are not the same data. | Plaid may then use the access token to make an API call to JPMorgan's servers and JPMorgan will return data of the user. In other words, after the portal authenticates itself by submitting the access token (i.e., portal authentication data) to JPMorgan, JPMorgan provides account data of the user. *See, e.g.*:  *How It Works* |



# Claim Chart – Claim 7

| Claim Feature | Evidence from JPMorgan Chase |
|---|---|
| servicing a request by the portal, after authenticating the portal using portal authentication data, by providing, to the portal, data of the user at the institution, wherein the user-institution authentication data and the portal authentication data are not the same data. | Plaid may then use the access token to make an API call to JPMorgan's servers and JPMorgan will return data of the user. In other words, after the portal authenticates itself by submitting the access token (i.e., portal authentication data) to JPMorgan, JPMorgan provides account data of the user. *See, e.g.*: |

Example response data:

```
/accounts/get response

1  {
2    "accounts": [
3      {
4        "account_id": "A3wenK5EQRfKlnxlBbVXtPw9gyazDWu1EdaZD",
5        "balances": {
6          "available": 100,
7          "current": 110,
8          "iso_currency_code": "USD",
9          "limit": null,
10         "unofficial_currency_code": null
11       },
12       "mask": "0000",
13       "name": "Plaid Checking",
14       "official_name": "Plaid Gold Standard 0% Interest Checking",
15       "subtype": "checking",
16       "type": "depository"
```

*How It Works*

**END**

