IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| R2 Solutions LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JPMorgan Chase & Co.,<br><br>　　　　　Defendant. | Civil Action No. 4:21-cv-00174-ALM<br><br>Jury Trial Demanded |

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal of Plaintiff R2 Solutions LLC ("R2 Solutions") and Defendant JPMorgan Chase & Co. ("JPM") pertaining to the above-captioned action. Having considered the Joint Stipulation of Dismissal, which the Court accepts and acknowledges, and finding that good cause exists for granting it, the Court is of the opinion that the Joint Stipulation of Dismissal should be, in all respects, GRANTED.

IT IS THEREFORE ORDERED that all claims by and between R2 Solutions and JPM in the above-captioned action are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and attorneys' fees.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

SIGNED this 13th day of April, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE